I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 4-20-12

DEPUTY CLERK



"O"

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 20 2012

CENTRAL DISTRICT OF CALIFORNIA
BY       DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUZ A. IBARRA,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>L.S. McEWEN, Warden,<br><br>　　　　Respondent. | Case No. EDCV 11-1452-GAF (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, and all the other records and files herein, including: petitioner's Motion to Amend filed on December 1, 2011; the Magistrate Judge's December 5, 2011 Minute Order denying petitioner's Motion to Amend without prejudice to its renewal if and when the District Judge declined to accept the Magistrate Judge's findings and recommendation with respect to the Motion to Dismiss; the Magistrate Judge's original Report and Recommendation filed on December 7, 2011; petitioner's objection filed on December 21, 2011 to the denial of his Motion to Amend; petitioner's objections filed on January 25, 2012 to the original Report and Recommendation; petitioner's "Motion for the Court to Hold and Order that Further Proceedings Be Held to Factually and Fully Determine the Merits of the Claims in the Petition for Writ of Habeas Corpus to the Ends of Justice as Petitioner is Actually

1

Innocent" filed on February 14, 2012; petitioner's "Objections to the Magistrate's January 25, 2012 Order; and Motion for the Court to Order Further Proceedings to Fully and Factually Determine the Merits of the Petition for Habeas Corpus's IAC Issues" filed on February 14, 2012; the Magistrate Judge's Supplemental Report and Recommendation filed on February 15, 2012; petitioner's "Opposition to Respondent's Responce [sic] to the 'Actual Innocence' Claim Contained in the Objection to the Report and Recommendation" filed on February 27, 2012; and petitioner's "Objections and Supplemental Objections to the Magistrate's Report and Recommendation" filed on March 15, 2012.

Based on the fact that petitioner's Motion to Amend did not seek to add any new grounds for relief or any new arguments in support of the previously-alleged grounds for relief, and the fact that the only difference between the original Petition and the proposed First Amended Petition was that petitioner had added a section in which petitioner asserted that he was entitled to equitable tolling of the limitation period, which was essentially duplicative of the equitable tolling argument made in petitioner's opposition to the Motion to Dismiss, the Court finds that the Magistrate Judge's denial of the Motion to Amend without prejudice to its renewal if and when this Court declined to accept the Magistrate Judge's findings and recommendation with respect to the Motion to Dismiss was not clearly erroneous or contrary to law.

Moreover, having made a <u>de novo</u> determination of those portions of the original Report and Recommendation and the Supplemental Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings and recommendations of the Magistrate Judge.

//
//
//
//
//

2

1  IT THEREFORE IS ORDERED (1) that respondent's Motion to Dismiss is
2  granted; (2) that all pending motions are denied as moot; and (3) that Judgment be
3  entered denying the Petition and dismissing this action with prejudice.

5  DATED: 4/18/12

GARY A. FEESS
UNITED STATES DISTRICT JUDGE