ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 20 2012

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 20 2012

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL. POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 4-20-12

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUZ A. IBARRA,<br><br>   Petitioner,<br><br>vs.<br><br>L.S. McEWEN, Warden,<br><br>   Respondent. | Case No. EDCV 11-1452-GAF (RNB)<br><br>**J U D G M E N T** |

  In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herein,

  IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 4/18/12

GARY A. FEESS
UNITED STATES DISTRICT JUDGE