FILED
CLERK, U.S. DISTRICT COURT
JAN 27 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUZ A. IBARRA,<br><br>        Petitioner,<br><br>vs.<br><br>L.S. McEWEN, Warden,<br><br>        Respondent. | Case No. EDCV 11-1452-CAS (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition, records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

      IT THEREFORE IS ORDERED that (1) petitioner's request for an evidentiary hearing is denied; and (2) Judgment be entered denying the First Amended Petition and dismissing this action with prejudice.

DATED: 1/20/15

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE