JS-6
Entered

FILED
CLERK, U.S. DISTRICT COURT
JAN 2 7 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUZ A. IBARRA,<br><br>Petitioner,<br><br>vs.<br><br>L.S. McEWEN, Warden,<br><br>Respondent. | Case No. EDCV 11-1452-CAS (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: 1/20/15

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE